FILED -nm

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1  ROBERT REED, ESQ. (SBN: 180972)
   IN PRO PER
2  16530 VENTURA BLVD, SUITE 312
   ENCINO, CA 91436
3  818-438-3677 | 818-474-7701
   robertreed@gmail.com
4

5                 **UNITED STATES DISTRICT COURT**

6                 **NORTHERN DISTRICT OF CALIFORNIA**

7  LIBERTY TROLL LLC,                    Case No.: 25-cv-06878 SVK

8            Plaintiff,

9  vs.                                   **DEFENDANT ROBERT ALAN REED'S
                                         ANSWER TO COMPLAINT
10 ROBERT ALAN REED,                     25-CV-06878 SVK**

11           Defendant

12     Defendant, ROBERT ALAN REED (hereinafter referred to as

13 "Defendant"), for his Answer to the Complaint filed herein,

14 respectfully states and alleges as follows:

15 **I. Responses to the complaint's allegations**

16   In response to the numbered paragraphs in the Plaintiff's Complaint,

17 the Defendant answers as follows:

18
19 • **Paragraphs 1-4:** Defendant states that the allegations contained

20   in the introductory paragraphs of the Complaint are introductory

21   material, to which no response is required. To the extent a

22   response is deemed necessary, Defendant denies any allegations

23   inconsistent with the Defendant's defenses set forth herein.

24 • **Paragraph 5:** Defendant admits that Defendant is an attorney and

25   submitted a counter-notice to Youtube on behalf of the Youtube

26   Channel called "Frauditor Roundup" that was rejected.

27

28 DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT    25-CV-06878 SVK        -1

- **Paragraph 6:** Defendant admits to the content of this paragraph.
- **Paragraphs 7-9:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.
- **Paragraph 10-13:** Defendant is not contesting subject matter jurisdiction or personal jurisdiction or venue. Defendant denies that Plaintiff is entitled to any relief on the basis of said statutes.
- **Paragraph 14:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 15:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.
- **Paragraph 16:** Defendant admits to the content of this paragraph.
- **Paragraph 17:** Defendant does not have enough information to form a belief as to the truth of the allegation as it related to "John Doe," and therefore denies it. Defendant Reed admits that "John Doe" sought Defendant Robert Reed as "agent for service of process" to maintain his anonymity.
- **Paragraph 18:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 19:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraphs 20-34:** Defendant states that the allegations contained in the introductory paragraphs of the Complaint are introductory material, to which no response is required. To the extent a response is deemed necessary, Defendant denies any allegations inconsistent with the Defendant's defenses set forth herein.

- **Paragraph 35:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 36:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 37:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 38:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraphs 39:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.

DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT        25-CV-06878 SVK                - 3

- **Paragraphs 40:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.

- **Paragraph 41:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraphs 42:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation.

- **Paragraph 43:** Defendant does not have enough information to form a belief as to the truth of the allegation, and therefore denies it.

- **Paragraph 44:** Defendant admits to the content of this paragraph.

- **Paragraph 45:** Defendant Reed admits to having served as agent for service of process for the YouTube Channel "Frauditor Roundup" by submitting "Frauditor Roundup's" §512(g)(3) counter-notification with Defendant Reed's identifying information, for the purpose of maintaining the counter-claimant's anonymity. The submitted claim, on or around April 30, 2025, was rejected as evidenced by Plaintiff's attached exhibit. Defendant "John Doe" dba Frauditor Roundup submitted the counter-notification successfully on or about May 7, 2025.

- **Paragraph 46:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant admits to the use of the stated language.

- **Paragraph 47:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.

- **Paragraph 48:** Defendant denies the allegations contained in this paragraph.

- **Paragraph 49-50:** These paragraphs do not require a response from Defendant.

- **Paragraph 51:** Defendant admits to the language of the cited statute, adding that this language includes "Any person who knowingly materially represents under this section—(1) that the material. . . is infringing. . ."

- **Paragraphs 52:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.

- **Paragraphs 53:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.

- **Paragraphs 54:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.

- **Paragraphs 55:** Defendant states that the allegations made in this paragraph are legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations.

- **Paragraph 56:** Defendant, as it related to Defendant Reed. denies the allegations contained in this paragraph.

- **Paragraphs 57-58:** These paragraphs do not require a response from Defendant.

- **Paragraphs 59-64:** Defendant Reed states that the allegations contained in these paragraphs do not relate to Defendant Reed. Defendant Reed had no participation in the content created by "Frauditor Roundup" and posted on "Frauditor Roundup's" YouTube channel. To the extent a response is deemed necessary, Defendant denies any allegations inconsistent with the Defendant's defenses set forth herein.

**II. Affirmative defenses**

As separate and distinct affirmative defenses to the claims asserted in the Complaint, the Defendant alleges:

1. **Good Faith Belief:** The Defendant asserts that the takedown notice was sent based on a good faith belief that the content was

infringing, as required by 17 U.S.C. § 512(c)(3)(A)(v).
Therefore, the Defendant did not "knowingly" make any
misrepresentation under 17 U.S.C. § 512(f).

2. **No Material Misrepresentation:** The Defendant asserts that even if
any statement in the takedown notice was inaccurate, it was not
"material." A material misrepresentation is one that was
important to the Online Service Provider's (OSP) decision to
remove or disable the content. The Defendant will argue that any
alleged misstatement by Defendant Reed did not influence the
OSP's action.

3. **No Damages:** The Defendant asserts that the Plaintiff has not
suffered any damages as a result of the takedown. A plaintiff
must prove actual harm to recover under § 512(f).

4. **Failure to State a Claim:** The Complaint fails to state a claim
upon which relief can be granted. The Defendant asserts that the
Plaintiff has not properly pled all of the required elements of a
claim under 17 U.S.C. § 512(f).

5. **Failure to Mitigate:** The Plaintiff failed to mitigate any alleged
damages. Plaintiff delayed in filing a counter-notice or taking
other action to restore the content, any damages resulting from
that delay are the Plaintiff's responsibility.

6. **Reservation of Rights:** The Defendant reserves the right to raise
other affirmative defenses that may become applicable as
discovery proceeds.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**III. Prayer for relief**

WHEREFORE, the Defendant, ROBERT ALAN REED, prays for judgment against the Plaintiff, LIBERTY TROLL LLC, as follows:

1. That the Complaint be dismissed in its entirety.

2. That judgment be entered in favor of the Defendant.

3. That the Defendant be awarded its reasonable attorneys' fees and costs incurred in this action, as permitted by law.

4. For such other and further relief as the Court deems just and proper.

Dated: September 30, 2025

Respectfully submitted,

ROBERT REED, ESQ. (SBN 180972)
IN PRO PER

Justice & Diversity
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

1

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

2 *\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

3 1. **Case Name:** LIBERTY TROLL LLC _____ v. ROBERT ALAN REED _____

4 2. **Case Number:** 25-cv-06878 SVK _____

5 3. **What documents were served?** *[Write the full name or title of the document or*

6 *documents]* DEFENDANT ROBERT ALAN REED'S ANSWER TO COMPLAINT _____

7

8 4. **How was the document served?** *[check one]*

9 ☑ Placed in U.S. Mail

10 ☐ Hand-delivered

11 ☐ Sent for delivery (e.g., FedEx, UPS)

12 ☐ Sent by fax (if the other party has agreed to accept service by fax)

13 5. **Who did you send the document to?** *[Write the full name and contact information for*

14 *each person you sent the document.]*

15 Randall S. Newman, Esq. _____    Ruben Martinez aka Defendant "John Doe")

16 c/o PhysicalAddress.com _____    15903 Heimer Rd _____

17 99 Wall St.,. Suite 3727 _____    San Antonio, TX 78232 _____

18 New York, NY 10005 _____    _____

19 6. **When were the documents sent?** 9/30/2025 _____

20 7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for*

21 *delivery should sign, and print their name and address.  You can do this yourself.]*

22 I declare under penalty of perjury under the laws of the United States that the foregoing

23 is true and correct.

24 Signature: _____

25 Name: ROBERT REED _____

26 Address: 16530 VENTURA BLVD SUITE 312 _____

27 ENCINO CA 91436 _____

28

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*