Robert Reed
In Pro Per
16530 Ventura Blvd, Suite 312
Encino CA 91436
(818) 438-3677

FILED —nmc

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk's Office
Northern District of California
280 South 1st Street
San Jose, CA 95113

RE:   FILING ANSWER BY MAIL – 25-cv-06878 SVK

Dear Gentlepersons:

   Enclosed, please find my answer in the aforementioned case, one copy for the court, and a last copy for confirming and returning in the self-addressed, stamped envelope.

   Thank you for your attention and time.

Regards,

*[signature]*

Robert Reed