FILED -nmc

OCT 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1  ROBERT REED, ESQ. (SBN: 180972)
   IN PRO PER
2  16530 VENTURA BLVD, SUITE 312
   ENCINO, CA 91436
3  818-438-3677
   robertreed@gmail.com
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIBERTY TROLL LLC, | Case No.: 25-cv-06878 SVK |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT ROBERT ALAN REED'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS CIVIL L.R. 3-15 |
| ROBERT ALAN REED, | |
| Defendant | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: September 30, 2025

Respectfully submitted,

/s/ Robert Reed

ROBERT REED, ESQ. (SBN 180972)
IN PRO PER

DEFENDANT ROBERT ALAN REED'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS CIVIL L.R. 3-15      5:25-CV-07150-SVK      - 1

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.\**

1. **Case Name:** LIBERTY TROLL LLC       v.   ROBERT ALAN REED

2. **Case Number:** 25-cv-06878 SVK

3. **What documents were served?** *[Write the full name or title of the document or documents]* DEFENDANT ROBERT ALAN REED'S CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR PERSONS CIVIL L.R. 3-15

4. **How was the document served?** *[check one]*

    [✔] Placed in U.S. Mail

    [ ] Hand-delivered

    [ ] Sent for delivery (e.g., FedEx, UPS)

    [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

    Randall S. Newman, Esq.
    c/o PhysicalAddress.com
    99 Wall St.,. Suite 3727
    New York, NY 10005

    Ruben Martinez aka Defendant "John Doe")
    15903 Heimer Rd
    San Antonio, TX 78232

6. **When were the documents sent?** 9/30/2025

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Signature: *[signed]*
    Name: ROBERT REED
    Address: 16530 VENTURA BLVD SUITE 312
    ENCINO CA 91436

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*