UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY TROLL LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>ROBERT ALAN REED,<br><br>      Defendant. | Case No. 25-cv-06878-SVK<br><br>**CASE MANAGEMENT ORDER** |

This case came on for an Initial Case Management Conference on November 18, 2025, at which the Court issued the following orders and deadlines.

The Court **DENIES** the Parties' request to consolidate this case with *Executive Lens LLC v. Reed*, 25-cv-7150-SVK for the reasons stated on the record.

Plaintiff must serve a Rule 45 subpoena on Google by **November 21, 2025.**

Plaintiff's status report on service of John Doe defendant is due **February 3, 2026.**

The Court refers the parties to a call with the Court's ADR Department to discuss ADR options.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case. A party may seek to enlarge the limits only upon a showing of good cause identifying the specific additional discovery requests or depositions the party seeks and the reasons therefor.

| Scheduled Event | Date |
|---|---|
| ADR Completion (early ENE or mediation) | March 13, 2026 |
| Last Day to Move to Amend Pleadings | March 31, 2026 |
| Further Case Management Conference | June 9, 2026 at 9:30 a.m. |

|  | Joint CMC statement due June 2, 2026 |
|---|---|
| Close of Fact Discovery | August 31, 2026 |
| Expert Disclosures | September 21, 2026 |
| Rebuttal Expert Disclosures | October 12, 2026 |
| Close of Expert Discovery | October 30, 2026 |
| Last Day to File Summary Judgment and *Daubert* Motions | November 10, 2026 |
| Hearing on Summary Judgment and *Daubert* Motions | December 15, 2026 |
| Final Pretrial Conference | April 15, 2027<br><br>Deadlines under Civil Pretrial Standing Order:<br>Deadline to Meet and Confer re Pretrial Filings:  March 15, 2027<br><br>Deadlines for Pretrial Filings:<br>March 25, 2027 and April 1, 2027 |
| Trial | April 26, 2027 |

**SO ORDERED.**

Dated: November 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge

2