UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberty Troll LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>Robert Alan Reed,<br><br>            Defendant. | Case No.  25-cv-06878-SVK<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Nina Senn
> ADR and Law Offices of Nina Senn
> 6114 La Salle Ave., #174
> Oakland, CA 94611
> 415-359-5092
> ninasenn1@gmail.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
25-cv-06878-SVK

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: December 15, 2025

        MARK B. BUSBY
        Clerk of Court
        by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov