RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Liberty Troll LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY TROLL LLC, | Case No. 25-cv-06878-SVK |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| ROBERT ALAN REED, | |
| Defendant. | |

1

**Notice of Change of Address**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT the contact information for Plaintiff's counsel, Randall S. Newman, has changed. Effective immediately, counsel's address is as follows:

Randall S. Newman, Esq.
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net

Counsel's prior address should no longer be used for service. All future pleadings and correspondence should be directed to the address above.

Dated: March 25, 2026                    /s/ Randall S. Newman
                                         Randall S. Newman, Esq. (SBN 190547)
                                         270 Madison Ave., 10th Floor
                                         New York, NY 10016
                                         (212) 797-3735
                                         rsn@randallnewman.net

                                         *Attorney for Plaintiff,*
                                         *Liberty Troll LLC*

2

**Notice of Change of Address**